# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT TAYLOR, <br><br> Plaintiff, <br><br> v. <br><br> PARAMO, et al., <br><br> Defendants. | Case No.: 18cv942-MMA (BLM) <br><br> **ORDER DENYING AS MOOT PLAINTIFF'S MOTION TO AMEND COMPLAINT** <br><br> [Doc. No. 7] |

Plaintiff Robert Taylor, a California inmate proceeding *pro se*, brings this civil rights action against various prison officials at R. J. Donovan Correctional Facility in San Diego, California, alleging violation of his Eighth Amendment right to be free from the excessive use of force. *See* Doc. No. 1. The Court screened Plaintiff's complaint pursuant to 28 U.S.C. §§ 1915(e)(2) and 1915A, and found it suitable for service upon the named defendants. *See* Doc. No. 4. Plaintiff now moves for leave to amend his complaint. *See* Doc. No. 7.

Federal Rule of Civil Procedure 15(a) provides that "a party may amend its pleading once as a matter of course within 21 days after serving it." Fed. R. Civ. P. 15(a)(1). To date, the record reflects that none of the named defendants to this action have been served. Therefore, in this instance, Plaintiff may file an amended complaint without leave of court.

1

Accordingly, the Court **DENIES AS MOOT** Plaintiff's motion for leave to file an amended complaint. The Court advises Plaintiff that an amended complaint must be complete by itself without reference to the original pleading. Any defendants not named, and any claim not re-alleged, in an amended complaint will be considered waived. *See* S.D. Cal. CivLR 15.1; *Hal Roach Studios, Inc. v. Richard Feiner & Co., Inc.*, 896 F.2d 1542, 1546 (9th Cir. 1989) ("[A]n amended pleading supersedes the original."); *Lacey v. Maricopa Cnty.*, 693 F.3d 896, 928 (9th Cir. 2012) (noting that claims dismissed with leave to amend which are not re-alleged in an amended pleading may be "considered waived if not repled."). The Court **DIRECTS** the Clerk of Court to mail a court-approved civil rights form complaint to Plaintiff.

**IT IS SO ORDERED**.

DATE: August 2, 2018

HON. MICHAEL M. ANELLO
United States District Judge