# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT TAYLOR,<br><br>                            Plaintiff,<br>v.<br>DANIEL PARAMO, et al.<br><br>                            Defendants. | Case No.: 18CV942-MMA(BLM)<br><br>**ORDER FOLLOWING MANDATORY SETTLEMENT CONFERENCE SETTING TELEPHONIC ATTORNEYS-ONLY CASE MANAGEMENT CONFERENCE** |

On November 25, 2019, the Court held a Mandatory Settlement Conference. ECF No. 51. Mr. Justin Palmer appeared on behalf of Plaintiff and Ms. Sylvie Snyder and Ms. Michelle Des Jardins appeared on behalf of Defendants. Id. The case did not settle, but progress was made and the Court finds it appropriate to schedule a follow-up <u>telephonic</u>, <u>attorneys-only</u> Case Management Conference for **December 17, 2019** at **2:00 p.m.** The Court will initiate the call. Failure to participate may result in the imposition of sanctions.

**IT IS SO ORDERED**.

Dated: 11/26/2019

*Barbara L. Major* (signature)
Hon. Barbara L. Major
United States Magistrate Judge

1

18CV942-MMA(BLM)