**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ROBERT TAYLOR, | 3:18-cv-00942-MMA-BLM |
| Plaintiff, | **ORDER DISMISSING ACTION WITH PREJUDICE** |
| v. | [Doc. No. 55] |
| D. PARAMO, et al., | |
| Defendants. | |

Upon due consideration, good cause appearing, the Court **GRANTS** the parties' joint motion and **DISMISSES** this action in its entirety with prejudice.  The Court **DIRECTS** the Clerk of Court to terminate all pending deadlines and hearings and close the case.

**IT IS SO ORDERED**.

DATE: March 12, 2020

HON. MICHAEL M. ANELLO
United States District Judge